UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                 Case Number 04-47807 JHW

Debtor: Jay M. & Monica L. Koraido

| Check Number | Creditor | Amount |
|---|---|---|
| 1679653 | North Fork Bank | 2,763.54 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: January 12, 2010